AO 241 (Rev. 09/17)

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| United States District Court | District: Southern District of Georgia |
|---|---|
| Name (under which you were convicted): TIMOTHY ANDREW LAMB | Docket or Case No.: |
| | Prisoner No.: 2025-00000481 |
| Place of Confinement: Camden County Jail | |
| Petitioner (include the name under which you were convicted) TIMOTHY ANDREW LAMB | Respondent (authorized person having custody of petitioner) v. STATE OF GEORGIA |
| The Attorney General of the State of: Georgia | |

**PETITION**

1. (a) Name and location of court that entered the judgment of conviction you are challenging:

   Superior Court of Camden County
   210 E. 4th St.
   Woodbine, GA 31569

   (b) Criminal docket or case number (if you know): 21 CR 201

2. (a) Date of the judgment of conviction (if you know): February 25, 2022

   (b) Date of sentencing: February 25, 2022

3. Length of sentence: 20 years with 5 to serve

4. In this case, were you convicted on more than one count or of more than one crime? ☐ Yes ☒ No

5. Identify all crimes of which you were convicted and sentenced in this case: child molestation

6. (a) What was your plea? (Check one)
   ☐ (1) Not guilty      ☐ (3) Nolo contendere (no contest)
   ☒ (2) Guilty          ☐ (4) Insanity plea

Page 2 of 16

AO 241 (Rev. 09/17)

  (b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

_____

  (c) If you went to trial, what kind of trial did you have? (Check one)

    ☐ Jury    ☐ Judge only

7.  Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    ☐ Yes    ☒ No

8.  Did you appeal from the judgment of conviction?

    ☐ Yes    ☒ No

9.  If you did appeal, answer the following:

(a) Name of court: _____

(b) Docket or case number (if you know): _____

(c) Result: _____

(d) Date of result (if you know): _____

(e) Citation to the case (if you know): _____

(f) Grounds raised: _____

_____

_____

_____

_____

_____

  (g) Did you seek further review by a higher state court?    ☐ Yes    ☐ No

    If yes, answer the following:

    (1) Name of court: _____

    (2) Docket or case number (if you know): _____

    (3) Result: _____

AO 241 (Rev. 09/17)

    (4) Date of result (if you know): _____

    (5) Citation to the case (if you know): _____

    (6) Grounds raised: _____

  (h) Did you file a petition for certiorari in the United States Supreme Court? ☐ Yes ☐ No

    If yes, answer the following:

    (1) Docket or case number (if you know): _____

    (2) Result: _____

    (3) Date of result (if you know): _____

    (4) Citation to the case (if you know): _____

10. Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions concerning this judgment of conviction in any state court? ☒ Yes ☐ No

11. If your answer to Question 10 was "Yes," give the following information:

  (a)  (1) Name of court: **Superior Court of Wilcox County**

    (2) Docket or case number (if you know): **23 CV 16**

    (3) Date of filing (if you know): **February 27, 2023**

    (4) Nature of the proceeding: **Petition for Habeas Corpus**

    (5) Grounds raised: **Speedy trial violation, due process violation, ineffective assistance of counsel**

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☒ Yes ☐ No

    (7) Result: **petition denied**

Page 4 of 16

AO 241 (Rev. 09/17)

(8) Date of result (if you know): _April 22, 2024_

(b) If you filed any second petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes  ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know): _____

(4) Nature of the proceeding: _____

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

AO 241 (Rev. 09/17)

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐ Yes   ☐ No

(7) Result: _____

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:    ☒ Yes    ☐ No
(2) Second petition:  ☐ Yes    ☐ No
(3) Third petition:   ☐ Yes    ☐ No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12. For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground. Any legal arguments must be submitted in a separate memorandum.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:** Speedy trial violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Petitioner was arrested without warrant on March 3, 2020 and was not given a probable cause hearing until October 28, 2020 or indicted until October 21, 2021

(b) If you did not exhaust your state remedies on Ground One, explain why:

AO 241 (Rev. 09/17)

(c) **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

_____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Habeas Corpus

Name and location of the court where the motion or petition was filed: Wilcox Superior Court, North Broad St., Abbeville, GA 31001

Docket or case number (if you know): 23 CV 16

Date of the court's decision: April 22, 2024

Result (attach a copy of the court's opinion or order, if available): denied

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No
(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No
(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: Supreme Court of Georgia

Docket or case number (if you know): S24H1169

Date of the court's decision: January 28, 2025

Result (attach a copy of the court's opinion or order, if available): denied - lack of jurisdiction

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____

_____

AO 241 (Rev. 09/17)

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground One: Motion to Dismiss Based on Federal and State Constitution Speedy Trial Violations - Superior Court of Camden County, Woodbine, GA; Motion for reconsideration - Supreme Court of Georgia

**GROUND TWO:** Due process violation

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Prosecution did not proceed as clearly stated laws required. Petitioner's warrantless arrest on March 3, 2020 did not receive a probable cause hearing until October 28, 2020 in violation of the Fourth Amendment and was held without indictment, violation of Fifth Amendment, until indictment was secured on October 21, 2021, in violation of the Speedy Trial Act and the Sixth and Fourteenth Amendments

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**
  (1) If you appealed from the judgment of conviction, did you raise this issue?  ☐ Yes  ☐ No
  (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**
  (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?
      ☒ Yes  ☐ No
  (2) If your answer to Question (d)(1) is "Yes," state:
  Type of motion or petition: Petition for Habeas Corpus
  Name and location of the court where the motion or petition was filed: Wilcox Superior Court, Abbeville, GA

  Docket or case number (if you know): 23 CV 16

AO 241 (Rev. 09/17)

Date of the court's decision: _April 22, 2024_

Result (attach a copy of the court's opinion or order, if available): _denied_

(3) Did you receive a hearing on your motion or petition?   ☒ Yes   ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☒ Yes   ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☒ Yes   ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Supreme Court of Georgia_

Docket or case number (if you know): _S24H1169_

Date of the court's decision: _January 28, 2025_

Result (attach a copy of the court's opinion or order, if available): _denied - lack of jurisdiction_

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Two: _Motion for reconsideration - Supreme Court of Georgia_

**GROUND THREE:** _Ineffective Assistance of Counsel_

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

Appointed counsel did not properly and diligently investigate petitioner's case to prepare for trial. Counsel did not properly file any demurrers, pleas in bar, or appeals to any motions nor object to superior court's allowing DA's office more time to indict after Motion to dismiss was heard.

AO 241 (Rev. 09/17)

(b) If you did not exhaust your state remedies on Ground Three, explain why: _____

(c) **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue? ☐ Yes ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: _Petition for Habeas Corpus_

Name and location of the court where the motion or petition was filed: _Wilcox Superior Court, Abbeville, GA_

Docket or case number (if you know): _23 CV 16_

Date of the court's decision: _April 22, 2024_

Result (attach a copy of the court's opinion or order, if available): _denied_

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: _Supreme Court of Georgia_

Docket or case number (if you know): _S24H1169_

Date of the court's decision: _January 28, 2025_

Result (attach a copy of the court's opinion or order, if available): _denied - lack of jurisdiction_

AO 241 (Rev. 09/17)

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

_____
_____

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Three: Motion for reconsideration, Supreme Court of Georgia

**GROUND FOUR:** Violation of Supreme Law Article VI, Clause 2

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

State, as seen on docket and arrest records, clearly did not follow law of Speedy Trial Act as required and mandated by Article VI, clause 2 of the United States Constitution

_____
_____

(b) If you did not exhaust your state remedies on Ground Four, explain why:
_____
_____

(c) **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☐ Yes   ☐ No

(2) If you did not raise this issue in your direct appeal, explain why: _____

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☒ Yes   ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition: Petition for Habeas Corpus

AO 241 (Rev. 09/17)

Name and location of the court where the motion or petition was filed: **Wilcox Superior Court Abbeville, GA**

Docket or case number (if you know): **23 CV 16**

Date of the court's decision: **April 22, 2024**

Result (attach a copy of the court's opinion or order, if available): **denied**

(3) Did you receive a hearing on your motion or petition? ☒ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☒ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☒ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed: **Supreme Court of Georgia**

Docket or case number (if you know): **S24H1169**

Date of the court's decision: **January 28, 2025**

Result (attach a copy of the court's opinion or order, if available): **denied - lack of jurisdiction**

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four: **Motion for reconsideration, Supreme Court of Georgia**

AO 241 (Rev. 09/17)

13. Please answer these additional questions about the petition you are filing:

    (a) Have all grounds for relief that you have raised in this petition been presented to the highest state court having jurisdiction? ☒ Yes ☐ No

    If your answer is "No," state which grounds have not been so presented and give your reason(s) for not presenting them: _____

    (b) Is there any ground in this petition that has not been presented in some state or federal court? If so, which ground or grounds have not been presented, and state your reasons for not presenting them: _____

14. Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction that you challenge in this petition? ☐ Yes ☒ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy of any court opinion or order, if available.

15. Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for the judgment you are challenging? ☒ Yes ☐ No

    If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the issues raised. Superior Court of Camden County, Woodbine, GA 31569, 21CR201, MOTION TO CORRECT & VACATE VOID SENTENCE, speedy trial and due process violations, held without indictment, violation of supreme law.

AO 241 (Rev. 09/17)

16. Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Leo J. "Jim" Kight, Camden County Public Defenders Office, Woodbine, GA

(b) At arraignment and plea: Leo J. "Jim" Kight

(c) At trial:

(d) At sentencing: Alex Smith, Camden County Public Defenders Office, Woodbine, GA

(e) On appeal:

(f) In any post-conviction proceeding: pro-se

(g) On appeal from any ruling against you in a post-conviction proceeding: pro-se

17. Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?   ☐ Yes   ☒ No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future?   ☐ Yes   ☐ No

18. TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*

I was unable to receive paperwork to file my state habeas petition until I reached my main camp to which I filed within two months of being there due to impediments by the state and issues after being transferred from one institution to another with receiving legal mail in a timely manner to meet deadlines. I also was not aware that the federal

AO 241 (Rev. 09/17)

habeas corpus petition could only be filed within one year of sentencing or completion of appellate procedures. Petitioner only became aware of that on August 10, 2025. Petitioner was under the impression it was after exhausting state remedies.

---

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C. § 2244(d) provides in part that:

(1) A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

(A) the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

(B) the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

(C) the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

(D) the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241 (Rev. 09/17)

(2) The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief: __to void, vacate, discharge and acquit petitioner of offenses due to state's negligence in prosecuting case in a timely manner.__
or any other relief to which petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on __8/28/25__ (month, date, year).

Executed (signed) on __8/28/25__ (date).

_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.

_____

_____

_____

Page 16 of 16

To whom it may concern:

    I am writing this letter today, just finding out I may be in a bit of a problem. As I was doing some research to get a federal habeas petition, I found out I was only able to file up to one year after the date my conviction was complete, or the conclusion of appeal. I was sentenced on February 25, 2022 and shipped to Georgia Diagnostics and Classification Prison on March 17, 2022 for the diagnostics and classification process. For whatever reason I was not shipped from the GDCP until January 5, 2023. During my time there, I was not able to do any research on the habeas process to get anything filed in the courts in a properly timely manner. After my transfer on January 5, 2023, I was able to get paperwork and file a state habeas petition around February 27, 2023. It was denied April 22, 2024 and I filed for notice of appeal and certificate for probable cause to their respective courts that was mailed out from Wilcox State Prison approximately May 15, 2024. The Supreme Court of Georgia filed my petition with the 30 days allowed but the Superior Court of Wilcox County filed my appeal a few days late though it was timely mailed out. The Supreme Court of Georgia, by the law and constitution of Georgia, was supposed to make a ruling by November 3, 2024, but did not until January 28, 2025. At this time I was in Coffee Correctional Facility and my legal mail was delayed being handed over to me until February 19, 2025. This delay apparently caused me to miss a 10 day response time for a motion for reconsideration, though I did attempt to file it within

10 days of receiving the denial by having it handed over to prison authorities to be mailed out on February 25, 2025, I was released from prison at Coffee Correctional Facility on March 2, 2025 to the care and custody of Camden County Sheriff's Office, where I have been housed ever since on a new charge filed for on February 1, 2023 by the CCSO. In this letter I am pleading for mercy to bring my habeas petition filed late due to impediments caused by the state so I can please have my errors of constitutional magnitude heard properly before a competent and honorable tribunal. The errors are egregious and need to be corrected and I feel the federal court will do that if I can only have a chance to be heard. I pray that I be granted to file an untimely habeas petition and it be decided on the issues of supreme versus inferior law and the constitutional errors they involve. Thank you for your time in advance.

Respectfully submitted,

_____  8/28/25
TIMOTHY ANDREW LAMB
2025-00000481
P.O. Box 699
Woodbine, GA 31569

Timothy Andrew Lamb
2025-00000481
P.O. Box 699
Woodbine, GA 31569



INSPECTED BY

SEP 0 5 2025

U.S. Marshals Service/SGA

R E O'Neel

Clerks Office
US Courthouse
801 Gloucester St., Suite 220
Brunswick, GA 31520



LEGAL MAIL



Camden County Jail
Inmate Mail
Woodbine, GA 31569

LEGAL MAIL