# In the United States District Court
# for the Southern District of Georgia
# Brunswick Division

TIMOTHY ANDREW LAMB,

      Petitioner,

    v.

MICHAEL NAILS,

      Respondent.

2:25-cv-112

## ORDER

The Magistrate Judge issued a Report and Recommendation for the Court to grant Respondent's Motion to Dismiss and to dismiss as untimely Petitioner Timothy Lamb's ("Lamb") 28 U.S.C. § 2254 Petition for Writ of Habeas Corpus.  Dkt. No. 12.  Lamb did not file Objections to this Report and Recommendation, and the time to do so has elapsed.

Thus, upon review, I find no clear error in the Magistrate Judge's Report and Recommendation and **ADOPT** the Report and Recommendation as the opinion of the Court.  See Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (If no specific objections are made or no objections are made at all, "the appropriate standard of review for the report and recommendation is clear error.").  I **GRANT** Respondent's Motion to Dismiss and **DISMISS as untimely** Lamb's 28 U.S.C. § 2254 Petition for Writ of

Habeas Corpus.  Dkt. Nos. 1, 8.  I also **DIRECT** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal and **DENY** Lamb *in forma pauperis* status on appeal and a Certificate of Appealability.

　　**SO ORDERED**, this ___30___ day of July, 2026.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　HON. LISA GODBEY WOOD, JUDGE
　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT
　　　　　　　　　　　　　　　SOUTHERN DISTRICT OF GEORGIA